1   Jahan C. Sagafi (Cal. Bar No. 224887)          Thomas R. Kaufman (Cal. Bar. No. 177936)
    jsagafi@outtengolden.com                       tkaufman@sheppardmullin.com
2   OUTTEN & GOLDEN LLP                            Paul Berkowitz (Cal Bar. No. 251077)
3   One Embarcadero Center, 38th Floor             pberkowitz@sheppardmullin.com
    San Francisco, California 94111                Michael T. Campbell (Cal. Bar No. 293376)
4   Telephone:  (415) 638-8800                     mcampbell@sheppardmullin.com
    Facsimile:  (415) 638-8810                     SHEPPARD, MULLIN, RICHTER &
5                                                  HAMPTON LLP
    Michael N. Litrownik (admitted *pro hac*       1901 Avenue of the Stars, Suite 1600
6   *vice*)                                        Los Angeles, California 90067-6055
7   mlitrownik@outtengolden.com                    Telephone: (310) 228-3700
    Deirdre Aaron (admitted *pro hac vice*)        Facsimile: (310) 228-3701
8   daaron@outtengolden.com
    3 Park Avenue, 29th Floor                      *Attorneys for Defendant AT&T Services, Inc.*
9   New York, New York 10016
    Telephone: (212) 245-1000
10  Facsimile:  (646) 509-2060

11
    Jason C. Marsili (SBN 233980)
12  jmarsili@posner-rosen.com
    Brianna M. Primozic (SBN 274397)
13  bprimozic@posner-rosen.com
    POSNER & ROSEN LLP
14  3600 Wilshire Boulevard, Suite 1800
15  Los Angeles, California 90010
    Telephone: (213) 389-6050
16  Facsimile: (213) 389-0663

17  *Attorneys for Plaintiffs and proposed*
    *Collective and Class Members*
18

19                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION

21  ANTHONY URETA and MARILYN          Case No. 15-cv-03653-VC
    DITO, individually and on behalf of all
22  others similarly situated,

23                  Plaintiffs,        **STIPULATION OF THE PARTIES**
                                       **CONCERNING AMENDMENT OF**
24      v.                             **COMPLAINT**

25  AT&T SERVICES, INC.,

26                  Defendant.

27

28
                                           STIPULATION RE: SECOND AMENDED
                                                                 COMPLAINT
                                                       CASE No. 15-cv-3653-VC

1    The parties, through their undersigned attorneys, hereby stipulate as follows:

2    1.    The undersigned parties are counsel of record in the above captioned action that

3    has been filed by Plaintiff Anthony Ureta ("Ureta") against Defendant AT&T Services, Inc.

4    ("AT&T") asserting exempt misclassification of a proposed collective and a proposed class of

5    AT&T Training Specialists.

6    2.    On October 29, 2015, Defendant filed a Motion to Strike Class Allegations

7    Pursuant to Rule 12(f) or, in the alternative, Rule 23(d)(1)(D).

8    3.    Plaintiffs have agreed not to oppose Defendant's Motion, but instead to file a

9    Second Amended Complaint defining the proposed collective and class[es] to expressly exclude

10   any AT&T employees who were presented with and did not timely opt out of AT&T's

11   Management Arbitration Agreement ("MAA").  The filing of the Complaint will render AT&T's

12   motion to strike moot.

13   4.    The limitation in the previous paragraph shall not apply as to Plaintiffs' PAGA

14   claims, which shall be asserted on behalf of California employees who worked for AT&T in

15   California during the relevant limitations period irrespective of whether those employees are

16   bound by the MAA.

17   5.    AT&T has also agreed that the Second Amended Complaint will add Wendell

18   Walton as a proposed class representative, and will define separate subclasses for Training

19   Specialists employed as Designers and Deliverers.

20   6.    AT&T reserves the right to file a responsive pleading of its choice to Plaintiffs'

21   Second Amended Complaint.

22   **SO STIPULATED.**

23

24   Dated:  November 9, 2015          By:  /s/ *Jahan C. Sagafi*
                                             Jahan C. Sagafi

25                                     **OUTTEN & GOLDEN LLP**
                                       Jahan C. Sagafi (Cal. Bar No. 224887)
26                                     One Embarcadero Center, 38th Floor
                                       San Francisco, CA 94111
27                                     Telephone: (415) 638-8800
                                       Facsimile:  (347) 390-2187
28

Michael N. Litrownik (admitted *pro hac vice*)
Deirdre Aaron (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060

Jason C. Marsili (Cal. Bar No. 233980)
Brianna M. Primozic (Cal. Bar No. 274397)
**POSNER & ROSEN LLP**
3600 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90010
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

*Attorneys for Plaintiff and proposed Collective and Class Members*

Dated: November 9, 2015                  By: /s/ *Thomas R. Kaufman*
                                              Thomas R. Kaufman

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Thomas R. Kaufman (Cal. Bar. No. 177936)
Paul Berkowitz (Cal Bar. No. 251077)
Michael T. Campbell (Cal. Bar No. 293376)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorneys for Defendant AT&T Services, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated:  November 9, 2015

                          By:          */s/ Jahan C. Sagafi*
                                              Jahan C. Sagafi