| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Thomas R. Kaufman (Cal. Bar. No. 177936) |
| jsagafi@outtengolden.com | tkaufman@sheppardmullin.com |
| Relic Sun (Cal. Bar No. 306701) | Paul Berkowitz (Cal Bar. No. 251077) |
| rsun@outtengolden.com | pberkowitz@sheppardmullin.com |
| OUTTEN & GOLDEN LLP | Michael T. Campbell (Cal. Bar No. 293376) |
| One Embarcadero Center, 38th Floor | mcampbell@sheppardmullin.com |
| San Francisco, California 94111 | SHEPPARD, MULLIN, RICHTER |
| Telephone:  (415) 638-8800 | & HAMPTON LLP |
| Facsimile:  (415) 638-8810 | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, California 90067-6055 |
| Michael N. Litrownik (admitted *pro hac vice*) | Telephone: (310) 228-3700 |
| mlitrownik@outtengolden.com | Facsimile: (310) 228-3701 |
| 3 Park Avenue, 29th Floor | |
| New York, New York 10016 | *Attorneys for Defendant AT&T Services, Inc.* |
| Telephone: (212) 245-1000 | |
| Facsimile:  (646) 509-2060 | |

Jason C. Marsili (Cal. Bar No. 233980)
jmarsili@posner-rosen.com
Brianna M. Primozic (Cal. Bar No. 274397)
bprimozic@posner-rosen.com
POSNER & ROSEN LLP
3600 Wilshire Boulevard, Suite 1800
Los Angeles, California 90010
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

*Attorneys for Plaintiffs and proposed
Collective and Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDELL WALTON and MICHAEL MANTONYA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC.<br><br>Defendant. | Case No. 15-cv-03653-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE FOR AT&T'S SUMMARY JUDGMENT MOTIONS** |

1  Plaintiffs Wendell Walton and Michael Mantonya ("Plaintiffs") and Defendant AT&T

2  Services, Inc. ("AT&T") hereby stipulate and agree as follows:

3  WHEREAS, on August 25, 2016, AT&T filed Motions for Summary Judgment as to

4  Plaintiffs Wendell Walton and Michael Mantonya, ECF Nos. 92 and 93;

5  WHEREAS, on August 26, 2016, Plaintiffs filed an Administrative Motion to take off

6  calendar AT&T's Motions, ECF No. 95;

7  WHEREAS, the parties agreed to withdraw their respective motions and meet and confer

8  on a briefing schedule and a timetable to complete the discovery reasonably necessary for

9  Plaintiffs to oppose the summary judgment motion;

10  WHEREAS, on September 7, 2016, AT&T refiled its Motions for Summary Judgment as

11  to both Plaintiffs and set a hearing date of November 17, ECF Nos. 99 and 100, but stated it was

12  willing to stipulate to a briefing schedule that might include a later hearing date;

13  WHEREAS, per the local rules, this filing automatically triggered a deadline of September

14  21 for Plaintiffs' opposition briefs;

15  WHEREAS, the parties have met and conferred and continue to meet and confer by letter

16  and telephone regarding the appropriate scope of depositions and document production (including

17  reasonable ESI discovery);

18  WHEREAS, Plaintiffs are exploring whether to bring affirmative motions for summary

19  judgment;

20  WHEREAS, AT&T has agreed to extend the deadline to respond beyond the present

21  September 21 deadline while the parties continue to attempt to establish a schedule;

22  WHEREAS, the parties propose the revised deadlines and hearing date set forth below,

23  without prejudice to a further stipulation or unilateral request by Plaintiffs to further extend the

24  schedule as they deem necessary to oppose the summary judgment motion;

25  WHEREAS, Plaintiffs may bring a unilateral request to move the summary judgment

26  hearing date so that all summary judgment motions may be heard on the same date; and

27

WHEREAS, if the parties cannot ultimately agree on the appropriate scope and timing of the above-referenced discovery, the parties will request a telephonic hearing with the Court.

THEREFORE, the parties hereby propose the following briefing and hearing schedule for AT&T's Motions (ECF Nos. 99 and 100):

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition | September 21, 2016 | November 3, 2016 |
| AT&T's Reply | September 28, 2016 | November 17, 2016 |
| MSJ Hearing | November 17, 2016 | December 1, 2016 |

Dated: September 16, 2016                    Respectfully submitted,

By: /s/ *Jahan C. Sagafi*
      Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (347) 390-2187

Michael N. Litrownik (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060

Jason C. Marsili (Cal. Bar No. 233980)
Brianna M. Primozic (Cal. Bar No. 274397)
POSNER & ROSEN LLP
3600 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90010
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

*Attorneys for Plaintiffs and Proposed Collective and Class Members*

| | |
|---|---|
| Dated: September 16, 2016 | By: /s/ *Thomas R. Kaufman* <br> Thomas R. Kaufman <br><br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP <br> Thomas R. Kaufman (Cal. Bar. No. 177936) <br> Paul Berkowitz (Cal Bar. No. 251077) <br> Michael T. Campbell (Cal. Bar No. 293376) <br> 1901 Avenue of the Stars, Suite 1600 <br> Los Angeles, California 90067-6055 <br> Telephone: (310) 228-3700 <br> Facsimile: (310) 228-3701 <br><br> *Attorneys for Defendant AT&T Services, Inc.* |

-4-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE FOR AT&T'S SUMMARY JUDGMENT MOTIONS
CASE NO. 15-CV-03653-VC

# ORDER

The briefing schedule and hearing date for AT&T's Summary Judgment Motions, ECF Nos. 99 and 100, are hereby adjourned to the following dates:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition | September 21, 2016 | November 3, 2016 |
| AT&T's Reply | September 28, 2016 | November 17, 2016 |
| Hearing | November 17, 2016 | December 1, 2016 |

It is so **ORDERED**.

Dated: September 16, 2016          By: _____

                                                THE HONORABLE VINCE CHHABRIA
                                                UNITED STATES DISTRICT COURT JUDGE

**ECF ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file the foregoing JOINT STIPULATION & [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Thomas R. Kaufman, has concurred in this filing.

Date:  September 16, 2016        By            /s/ Jahan C. Sagafi
                                              Jahan C. Sagafi
                                 *Attorney for Plaintiffs and Proposed Class and*
                                              *Collective Members*