UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.  15-cv-03653-VC<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 169 |

　　　　The motion to seal portions of the plaintiffs' opposition to the motion for summary judgment as to Wendell Walton's individual claims and several exhibits to a declaration attached to that opposition is denied.  AT&T has failed to make the required, specific showing that the materials are sealable.  *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016).  No earlier than four days and no later than ten days from the date of this order, the plaintiffs shall refile the materials sought to be sealed in the public record.  *See* Civil L.R. 79-5(e).

　　　　**IT IS SO ORDERED.**

Dated: February 2, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge