# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC.,<br><br>    Defendant. | Case No. 15-cv-03653-VC<br><br>**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 183 |

The request to continue the case management conference to June 6, 2017 is granted. The request to vacate the deadline to file a motion for class certification is denied. This case is almost two years old. The parties have been asking for (and getting) way too many extensions. The Court will consider a request for a *very* brief extension at the June 6 case management conference (which will take place in person) but will only grant that request if the parties can give compelling reasons for it.

    **IT IS SO ORDERED.**

Dated: May 10, 2017

_____
VINCE CHHABRIA
United States District Judge